Harry L. Weisbrod, appellee, v. Paul V. Shields et al., appellants.
Gen. No. 37,337.

Opinion filed December 31, 1934.
Judah, Reichmann, Trumbull, Cox & Stern, for appellants. Donald
J. Seeley, for appellee.
Mr. Justice Sullivan delivered the opinion of the court.

In re Estate of John W. Marshall, deceased. Cyrus S. Eaton and
Selden E. Kline, trading as Otis and Company, plaintiffs in error, v.
Helen M. Shaddock, administratrix of the estate of John W. Marshall,
deceased, defendant in error. Gen. No. 37,462.

Opinion filed December 31, 1934.
Butler, Pope, Ballard & Elting, for plaintiffs in error; John F.
Manierre and Ferris E. Hurd, of counsel. Wm. H. Haight, for de-
fendant in error.
Mr. Justice Sullivan delivered the opinion of the court.

Thomas F. Croke, appellee, v. Kane Fuel Company, appellant. Gen.
No. 37,576.

Opinion filed December 31, 1934. Rehear-
ing denied January 12, 1935.
Henry L. Blim, for appellant. Edward D. Pomeroy and Henry T.
Martin, for appellee.
Mr. Justice Sullivan delivered the opinion of the court.